**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Jeffrey R. Dryden,
       Debtor.

Bankruptcy No.: 16-22099-GLT

Chapter 13

Jeffrey R. Dryden,
       Movant,

vs.

Document No.:
Related to Claim No.: 10

Freedom Mortgage Corporation and
Ronda J. Winnecour, Esq., Trustee,
       Respondents.

## CERTIFICATE OF SERVICE

I, Heather Seitz, Paralegal, of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age:

That on the 4th day of December 2020

I served a copy of:      **ORDER, NOTICE OF PROPOSED MODIFICATION TO AMENDED PLAN and the AMENDED PLAN DATED DECEMBER 2, 2020**

RE:    Jeffrey R. Dryden           Bankruptcy No. 16-22099-GLT
                                      Chapter 13

ON:    All Creditors on the attached mailing matrix and:

Ronda Winnecour, Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Via electronic notification*

US Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
*Via electronic notification*

BY:    Regular First Class U.S. Mail and Electronic Notification

I certify under the penalty of perjury that the foregoing is true and correct.

Date:   December 4, 2020                  /s/ *Heather Seitz*
                                        Heather Seitz, Paralegal
                                        The Debt Doctors, LLC
                                        607 College Street, Suite 101
                                        Pittsburgh, PA 15232
                                        (412) 395-6001

16-22099-GLT|Freedom Mortgage Corporation | |||||undeliverable
16-22099-GLT|Peoples TWP, LLC |Attn: Dawn Lindner|225 North Shore Drive|Pittsburgh, PA 15212-5860|||
{W0560617.1 }

16-22099-GLT|Recovery Management Systems Corporation|25 S.E. Second Avenue|Suite 1120|Miami, FL 33131-1605 |||
16-22099-GLT|The Debt Doctors at Quatrini Rafferty |941 Penn Avenue|Suite 101|Pittsburgh, PA 15222-3843|||
16-22099-GLT|The Debt Doctors, LLC |607 College Street|Suite 101|Pittsburgh, PA 15232-1700|||
16-22099-GLT|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
16-22099-GLT|Armstrong |1 Armstrong Place|Butler, PA 16001-1988| |||
16-22099-GLT|CBNA |PO Box 6497|Sioux Falls, SD 57117-6497| |||
16-22099-GLT|Capital One |P.O. Box 71083|Charlotte, NC 28272-1083| |||
16-22099-GLT|Capital One Bank (USA), N.A. |PO Box 71083|Charlotte, NC  28272-1083| |||
16-22099-GLT|COLLECTION SERVICE CENTER INC BUTLER PA|PO BOX 1623|BUTLER PA 16003-1623||||preferred
16-22099-GLT|Credit Control, LLC |5757 Phantom Dr., Ste. 330|Hazelwood, MO 63042-2429| |||
16-22099-GLT|Credit Management Co. |2121 Noblestown Rd.|Pittsburgh, PA 15205-3956| |||
16-22099-GLT|Credit One Bank |PO Box 60500|City of Industry, CA 91716-0500| |||
16-22099-GLT|Fed Loan Servicing |PO Box 60610|Harrisburg, PA 17106-0610| |||
16-22099-GLT|Freedom Mortgage Corporation |907 Pleasant Valley Ave|Mount Laurel, NJ 08054-1210| |||
16-22099-GLT|Freedom Mortgage Corporation |907 Pleasant Valley Ave.|Suite 3|Mount Laurel, NJ 08054-1210| |||
16-22099-GLT|J. Scott Watson, P.C. |24 Regency Plaza|Glen Mills, PA 19342-1001| |||
16-22099-GLT|LVNV Funding |P.O. Box 10587|Greenville, SC 29603-0587| |||
16-22099-GLT|LVNV Funding, LLC its successors and assigns|assignee of FNBM, LLC|Resurgent Capital Services|PO Box
10587|Greenville, SC 29603-0587| |
16-22099-GLT|MERRICK BANK |Resurgent Capital Services|PO Box 10368|Greenville, SC 29603-0368| ||
16-22099-GLT|MIDLAND FUNDING LLC |PO Box 2011|Warren, MI 48090-2011| |||
16-22099-GLT|Marine Federal Credit Union |P.O. Box 1551|Jacksonville, NC  28541-1551| |||
16-22099-GLT|Marine Federal Credit Union |PO Box 1336|Jacksonville, NC 28541-1336| |||
16-22099-GLT|Merrick Bank |PO Box 660702|Dallas, TX 75266-0702| |||
16-22099-GLT|Michael F. Ratchford, Esq. |Abrahamsen Ratchford, PC|409 Lackawanna Ave, Suite 3|Scranton, PA 18503-2062| ||
16-22099-GLT|Office of the United States Trustee |Liberty Center.|1001 Liberty Avenue, Suite 970|Pittsburgh, PA 15222-3721|||
16-22099-GLT|Phelan Hallinan Diamond and Jones, LLP |Suite 1400|1617 JFK Boulevard|Philadelphia, PA 19103-1814| ||
16-22099-GLT|PORTFOLIO RECOVERY ASSOCIATES LLC|PO BOX 41067|NORFOLK VA 23541-1067||||preferred
16-22099-GLT|Quantum3 Group LLC as agent for |Sadino Funding LLC|PO Box 788|Kirkland, WA  98083-0788| ||
16-22099-GLT|Recovery Management Systems Corporation |25 S.E. 2nd Avenue, Suite 1120|Miami, FL 33131-1605| |||
16-22099-GLT|Sterling Jewelers |375 Ghent Road|Akron, OH 44333-4601| |||
16-22099-GLT|Synchrony Bank |PO Box 530942|Atlanta, GA 30353-0942| |||
16-22099-GLT|The Home Depot/CBNA |PO Box 6497|Sioux Falls, SD 57117-6497| |||
16-22099-GLT|U.S.Department of Education |C/O FedLoan Servicing|P.O.Box 69184|Harrisburg PA 17106-9184| |||
16-22099-GLT|Wells Fargo Bank, N.A., d/b/a WFDS |P.O. Box 19657|Irvine, CA 92623-9657| |||
16-22099-GLT|Wells Fargo Dealer Services |PO Box 19657|Irvine, CA 92623-9657| |||
16-22099-GLT|Jeffrey R. Dryden |555 3rd Street|Butler, PA 16001-4524||||
16-22099-GLT|Matthew M. Herron |The Debt Doctors, LLC|607 College Street|Suite 101|Pittsburgh, PA 15232-1700||
16-22099-GLT|Ronda J. Winnecour |Suite 3250, USX Tower|600 Grant Street|Pittsburgh, PA 15219-2702||||