## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Jeffrey R. Dryden

    Debtors.

The Debt Doctors, LLC,
    Movant,
vs.

No Respondent.

Bankruptcy No.: 16-22099-GLT
Chapter 13

Related to Docket No. 85

### ORDER OF COURT

AND NOW, this 27th Day of April, 2021, the Third Application of The Debt Doctors, LLC as counsel for the Debtor, for Interim Compensation and Reimbursement of Expenses is approved in the additional amount of $1,060.30 for services rendered on behalf of the Debtor for the period between July 16, 2019 through March 22, 2021, which represents $1,031.00 in attorneys' fees and $29.30 in costs.

IT IS FURTHER ORDERED, of the total fee award, the Debtor has previously paid $4,000.00 to counsel as a "no-look" fee, and $1,647.30 through two previous fee applications. Accordingly, the Chapter 13 Trustee shall only pay an additional $1,060.30 ($1,031.00 in attorneys' fees and $29.30 in costs) to Counsel through the Debtor's Plan.

The Clerk shall Record the Total Award of Compensation in the amount of $6,707.60 which includes $6,606.00 in fees and $101.60 in costs.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

BY THE COURT:

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22099-GLT |
| Jeffrey R. Dryden | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: nsha  Page 1 of 2
Date Rcvd: Apr 27, 2021  Form ID: pdf900  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey R. Dryden, 555 3rd Street, Butler, PA 16001-4524 |
| aty | + | The Debt Doctors at Quatrini Rafferty, 941 Penn Avenue, Suite 101, Pittsburgh, PA 15222-3843 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Brian Nicholas
    on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

James A. Prostko
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

Jeremy J. Kobeski
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com mcupec@grenenbirsic.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Matthew M. Herron
    on behalf of Attorney The Debt Doctors at Quatrini Rafferty mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron

District/off: 0315-2 | User: nsha | Page 2 of 2
Date Rcvd: Apr 27, 2021 | Form ID: pdf900 | Total Noticed: 2

| | |
|---|---|
| | on behalf of Debtor Jeffrey R. Dryden mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | |
| | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples TWP  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 10