**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/2/21 7:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>JEFFREY R. DRYDEN<br><br>      Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>    vs.<br>JEFFREY R. DRYDEN<br><br><br>      Respondents | Case No.16-22099GLT<br><br>Chapter 13<br><br>Related to Docket No. 92 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 2nd Day of July, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Department Of Veterans Affairs
> Attn: Payroll Manager
> 1010 Delafield Rd
> Pittsburgh, PA 15215

is hereby ordered to immediately terminate the attachment of the wages of JEFFREY R. DRYDEN, social security number XXX-XX-9154. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JEFFREY R. DRYDEN.

FURTHER ORDERED:

BY THE COURT:

_____
**drb**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-22099-GLT
Jeffrey R. Dryden     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: nsha     Page 1 of 2
Date Rcvd: Jul 02, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2021:**

| Recip ID |   | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey R. Dryden, 555 3rd Street, Butler, PA 16001-4524 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor Freedom Mortgage Corporation jprostko@c-vlaw.com jamesprostko@gmail.com |
| Jeremy J. Kobeski | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com mcupec@grenenbirsic.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors at Quatrini Rafferty mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Jeffrey R. Dryden mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |

District/off: 0315-2     User: nsha     Page 2 of 2

Date Rcvd: Jul 02, 2021     Form ID: pdf900     Total Noticed: 1

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples TWP  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 10