**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **JEFFREY R. DRYDEN** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number: | **16-22099GLT** |

## Form 4100N
# Notice of Final Cure Payment
10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1:  Mortgage Information

**Name of creditor:**   FREEDOM MORTGAGE CORP

**Court claim no.** (if known):   10

**Last 4 digits** of any number you use to identify the debtor's account    1  2  0  0

**Property Address:**   555 3RD ST
BUTLER PA 16001

### Part 2:  Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---|
| a.  Allowed prepetition arrearage: | (a) $ | 12,647.87 |
| b.  Prepetition arrearage paid by the trustee: | (b) $ | 12,647.87 |
| c.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 100.00 |
| d.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 100.00 |
| e.  Allowed postpetition arrearage: | (e) $ | 0.00 |
| f.  Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g.  **Total.** Add lines b, d, and f. | (g) $ | 12,747.87 |

### Part 3:  Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment                                      $    $734.64

The next postpetition payment is due on      8  /  1  / 2021
                                                            MM /  DD /  YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **JEFFREY R. DRYDEN** | Case number *(if known)* | **16-22099GLT** |
|---|---|---|---|
| | Name | | |

---

**Part 4:**  **A Response Is Required By Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

**✗** /s/ Ronda J. Winnecour                                      Date    08/03/2021
Signature

Trustee     Ronda J. Winnecour

Address     CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219

Contact phone  (412) 471-5566                    Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | **JEFFREY R. DRYDEN** | Case number *(if known)* **16-22099GLT** |
|---|---|---|
| | Name | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 08/28/2018 | 1089853 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 144.44 |
| 09/25/2018 | 1093029 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 327.52 |
| 10/29/2018 | 1096240 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,019.42 |
| 11/27/2018 | 1099435 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 320.22 |
| 12/21/2018 | 1102556 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 320.22 |
| 01/25/2019 | 1105711 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 320.22 |
| 02/25/2019 | 1108982 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 320.22 |
| 03/25/2019 | 1112238 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 190.07 |
| 04/26/2019 | 1115519 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,053.72 |
| 05/24/2019 | 1118927 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 350.40 |
| 06/25/2019 | 1122303 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 350.40 |
| 07/29/2019 | 1125730 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 362.48 |
| 08/27/2019 | 1129230 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 362.48 |
| 09/24/2019 | 1132586 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 3,715.18 |
| 10/24/2019 | 1135849 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,065.03 |
| 11/25/2019 | 1139307 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 355.48 |
| 12/23/2019 | 1142732 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 355.48 |
| 01/28/2020 | 1146154 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 358.50 |
| 02/25/2020 | 1149650 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 358.50 |
| 03/23/2020 | 1153188 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 358.50 |
| 04/27/2020 | 1156625 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 639.39 |
| | | | | 12,647.87 |
| **Post Petition Claim (1305) (Part 2 (d))** | | | | |
| 01/25/2021 | 1184823 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 100.00 |
| | | | | 100.00 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 12/21/2016 | 1023822 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 3,150.13 |
| 01/27/2017 | 1027264 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 994.37 |
| 02/24/2017 | 1030711 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 701.06 |
| 03/28/2017 | 1034122 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 728.93 |
| 04/21/2017 | 1037470 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 804.41 |
| 05/25/2017 | 1040728 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,315.30 |
| 06/27/2017 | 1044086 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 894.28 |
| 07/25/2017 | 1047416 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 905.02 |
| 08/25/2017 | 1050754 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 921.21 |
| 09/26/2017 | 1054065 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 821.77 |
| 10/25/2017 | 1057433 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 702.28 |
| 11/21/2017 | 1060725 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 702.28 |
| 12/21/2017 | 1063989 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 702.28 |
| 01/25/2018 | 1067398 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 702.28 |
| 02/23/2018 | 1070622 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 702.28 |
| 03/28/2018 | 1073792 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 702.28 |
| 04/24/2018 | 1077034 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 702.28 |
| 05/25/2018 | 1080275 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 702.28 |
| 06/22/2018 | 1083472 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 702.28 |
| 07/26/2018 | 1086620 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 702.28 |
| 08/28/2018 | 1089853 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 702.28 |
| 09/25/2018 | 1093029 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 702.28 |
| 10/29/2018 | 1096240 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 702.28 |
| 11/27/2018 | 1099435 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 702.28 |
| 12/21/2018 | 1102556 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 702.28 |
| 01/25/2019 | 1105711 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 702.28 |
| 02/25/2019 | 1108982 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 702.28 |
| 03/25/2019 | 1112238 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 855.28 |
| 04/26/2019 | 1115519 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 732.88 |
| 05/24/2019 | 1118927 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 732.88 |
| 06/25/2019 | 1122303 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 732.88 |
| 07/29/2019 | 1125730 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 732.88 |
| 08/27/2019 | 1129230 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 732.88 |
| 09/24/2019 | 1132586 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 732.88 |
| 10/24/2019 | 1135849 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 732.88 |

| Debtor 1 | **JEFFREY R. DRYDEN** | | Case number *(if known)* | **16-22099GLT** |
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|------|---------|------|--------------|--------|
| **MORGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 11/25/2019 | 1139307 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 720.26 |
| 12/23/2019 | 1142732 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 720.26 |
| 01/28/2020 | 1146154 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 720.26 |
| 02/25/2020 | 1149650 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 720.26 |
| 03/23/2020 | 1153188 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 720.26 |
| 04/27/2020 | 1156625 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 720.26 |
| 05/26/2020 | 1160025 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 720.26 |
| 06/26/2020 | 1163424 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 720.26 |
| 07/29/2020 | 1166560 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 720.26 |
| 08/25/2020 | 1169635 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 497.31 |
| 09/28/2020 | 1172712 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 943.21 |
| 10/26/2020 | 1175817 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 720.26 |
| 11/24/2020 | 1178892 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 720.26 |
| 12/21/2020 | 1181873 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 527.58 |
| 01/25/2021 | 1184823 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 912.94 |
| 02/22/2021 | 1187928 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 720.26 |
| 03/26/2021 | 1191195 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 792.16 |
| 04/26/2021 | 1194483 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 734.64 |
| 05/25/2021 | 1197616 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 734.64 |
| 06/25/2021 | 1200795 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 734.64 |
| 07/26/2021 | 1203999 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 229.10 |
| | | | | 43,910.02 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

JEFFREY R. DRYDEN
555 3RD STREET
BUTLER, PA  16001

MATTHEW M HERRON ESQ
THE DEBT DOCTORS LLC
607 COLLEGE ST STE 101
PITTSBURGH, PA  15232

FREEDOM MORTGAGE CORP
ATTN PAYMENT PROCESSING
10500 KINCAID DR
FISHERS, IN  46037

FREEDOM MORTGAGE
907 PLEASANT VALLEY AVE
STE 3
MOUNT LAUREL, NJ  08054

MARIO HANYON ESQ
BROCK & SCOTT PLLC
302 FELLOWSHIP RD STE 130
MT LAUREL, NJ  08054


8/3/21                                         /s/ Roberta Saunier
                                               _____
                                               Administrative Assistant
                                               Office of the Chapter 13 Trustee