

08/17/2021

ATTN U.S. BANKRUPTCY COURT
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

**RECEIVED**

AUG 23 2021

CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLANIA

Dear U.S. Bankruptcy Court:

Please withdraw the following claim filed by Marine Federal Credit Union:

Claim Filing Number: 11
Bankruptcy Chapter: 13  Case# 16-22099
Original Claim Filing Date: 10/24/2016
Reason for Withdraw: Duplicate claim

If you have any questions, please contact me at 910.577.7333, extension 3407.

Sincerely,

Pamela Race
Bankruptcy Specialist