IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

    Jeffrey R. Dryden,

        Debtor.

Jeffrey R. Dryden,

        Movant,

    v.

No Respondents.

Bankruptcy No.: 16-22099-GLT

Chapter 13

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay a Domestic Support Obligation.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On May 4, 2021 at docket number 91, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

_/s/ Jeffrey R. Dryden_
Jeffrey R. Dryden, Debtor

RESPECTFULLY SUBMITTED,
THE DEBT DOCTORS, LLC

By:   _/s/Matthew M. Herron_
Matthew M. Herron
607 College Avenue, Suite 101
Pittsburgh, PA 15232
mmh@thedebtdoctors.com
412-395-6001
PA I.D. No. 88927

PAWB Local Form 24 (07/13)