Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jeffrey R. Dryden** : | Case No. 16−22099−GLT |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | |
| v. : | Related to Document No. 98 |
| **No Respondents** : | |
| *Respondent(s).* : | Hearing Date: 10/20/21 at 11:00 AM |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    *AND NOW,* this *The 26th of August, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 98 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  **On or before October 10, 2021**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on **October 20, 2021 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-22099-GLT
Jeffrey R. Dryden     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dbas     Page 1 of 3
Date Rcvd: Aug 26, 2021     Form ID: 604     Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey R. Dryden, 555 3rd Street, Butler, PA 16001-4524 |
| aty | + | The Debt Doctors at Quatrini Rafferty, 941 Penn Avenue, Suite 101, Pittsburgh, PA 15222-3843 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | Marine Federal Credit Union, 819 Parris Island Gateway, Beaufort, SC 29906-6933 |
| cr | + | Peoples TWP, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14253454 | + | Armstrong, 1 Armstrong Place, Butler, PA 16001-1988 |
| 14253457 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, PO Box 1623, Butler, PA 16003 |
| 14253461 | + | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14302965 | + | Freedom Mortgage Corporation, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 14253462 | + | Freedom Mortgage Corporation, 907 Pleasant Valley Ave., Suite 3, Mount Laurel, NJ 08054-1210 |
| 14253463 | + | J. Scott Watson, P.C., 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 14310629 | + | Marine Federal Credit Union, PO Box 1336, Jacksonville, NC 28541-1336 |
| 14277271 | | Marine Federal Credit Union, P.O. Box 1551, Jacksonville, NC 28541-1551 |
| 14240987 | + | Michael F. Ratchford, Esq., Abrahamsen Ratchford, PC, 409 Lackawanna Ave, Suite 3, Scranton, PA 18503-2062 |
| 14253467 | | Phelan Hallinan Diamond and Jones, LLP, Suite 1400, 1617 JFK Boulevard, Philadelphia, PA 19103-1814 |
| 14285229 | | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |
| 14250014 | | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14253471 | + | Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Aug 26 2021 23:13:33 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14253456 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2021 23:23:49 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14253455 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 26 2021 23:13:32 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14247349 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 26 2021 23:13:35 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14253458 | + | Email/Text: clientservices@credit-control.com | Aug 26 2021 23:16:00 | Credit Control, LLC, 5757 Phantom Dr., Ste. 330, Hazelwood, MO 63042-2429 |
| 14253459 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 26 2021 23:16:00 | Credit Management Co., 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 14253460 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 26 2021 23:23:43 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 14253464 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2021 23:23:44 | LVNV Funding, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14243105 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 26 2021 23:23:44 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14261194 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 26 2021 23:13:32 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14296142 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 26 2021 23:16:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14253465 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 26 2021 23:13:33 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 14314540 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2021 23:13:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14255384 | | Email/Text: bnc-quantum@quantum3group.com | Aug 26 2021 23:15:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14247027 | | Email/PDF: rmscedi@recoverycorp.com | Aug 26 2021 23:13:33 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14240988 | + | Email/Text: BKRMailOPS@weltman.com | Aug 26 2021 23:15:00 | Sterling Jewelers, 375 Ghent Road, Akron, OH 44333-4601 |
| 14253469 | | Email/PDF: gecsedi@recoverycorp.com | Aug 26 2021 23:13:36 | Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14253470 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2021 23:23:49 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| 14253466 | *+ | Michael F. Ratchford, Esq., Abrahamsen Ratchford, PC, 409 Lackawanna Ave, Suite 3, Scranton, PA 18503-2062 |
| 14253468 | *+ | Sterling Jewelers, 375 Ghent Road, Akron, OH 44333-4601 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

**Name**    **Email Address**

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 3 of 3 |
| Date Rcvd: Aug 26, 2021 | Form ID: 604 | Total Noticed: 36 |

Andrew L. Spivack
    on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Brian Nicholas
    on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

James A. Prostko
    on behalf of Creditor Freedom Mortgage Corporation jprostko@c-vlaw.com  jamesprostko@gmail.com

Jeremy J. Kobeski
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com  mcupec@grenenbirsic.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Matthew M. Herron
    on behalf of Attorney The Debt Doctors at Quatrini Rafferty mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Debtor Jeffrey R. Dryden mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples TWP  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 11