**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JEFFREY R. DRYDEN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:16-22099<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 26, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/06/2016 and confirmed on 9/23/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 94,753.80 |
| Less Refunds to Debtor | 879.18 | |
| TOTAL AMOUNT OF PLAN FUND | | 93,874.62 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,345.60 | |
|    Trustee Fee | 4,674.64 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,020.24 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORP | 0.00 | 43,910.02 | 0.00 | 43,910.02 |
|     Acct: 1200 | | | | |
|   FREEDOM MORTGAGE CORP | 12,647.87 | 12,647.87 | 0.00 | 12,647.87 |
|     Acct: 1200 | | | | |
|   QUANTUM3 GROUP LLC AGNT - SADINO | 3,442.26 | 3,442.26 | 0.00 | 3,442.26 |
|     Acct: 3385 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 20,262.20 | 20,262.20 | 1,895.44 | 22,157.64 |
|     Acct: 6309 | | | | |
| | | | | 82,157.79 |
| **Priority** | | | | |
|   MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY R. DRYDEN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY R. DRYDEN | 754.62 | 754.62 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY R. DRYDEN | 124.56 | 124.56 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS LLC | 1,638.00 | 1,638.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS AT QUATRINI RAFF | 622.30 | 622.30 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX9-17 | | | | |
|   THE DEBT DOCTORS LLC | 1,025.00 | 1,025.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXX6-19 | | | | |
|   THE DEBT DOCTORS LLC | 1,060.30 | 1,060.30 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX2-21 | | | | |
|   THE DEBT DOCTORS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FREEDOM MORTGAGE CORP | 100.00 | 100.00 | 0.00 | 100.00 |
|     Acct: 1200 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | | | | 100.00 |
| Unsecured | | | | |
| MARINE FEDERAL CREDIT UNION  Acct: 3602 | 115.86 | 115.86 | 0.00 | 115.86 |
| MIDLAND FUNDING LLC  Acct: 6002 | 389.80 | 6.18 | 0.00 | 6.18 |
| ARMSTRONG  Acct: 4903 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC  Acct: 7799 | 528.97 | 8.38 | 0.00 | 8.38 |
| CAPITAL ONE BANK (USA) NA BY AMERIC  Acct: 7793 | 316.25 | 5.01 | 0.00 | 5.01 |
| CBNA  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC  Acct: RXXX | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE  Acct: 0111 | 1,444.58 | 22.90 | 0.00 | 22.90 |
| FED LOAN SERVICING  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FED LOAN SERVICING  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FED LOAN SERVICING  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FED LOAN SERVICING  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FED LOAN SERVICING  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FED LOAN SERVICING  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FED LOAN SERVICING  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FED LOAN SERVICING  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MARINE FEDERAL CREDIT UNION  Acct: 1085 | 7,512.16 | 119.05 | 0.00 | 119.05 |
| MERRICK BANK  Acct: 1474 | 1,067.43 | 16.92 | 0.00 | 16.92 |
| PORTFOLIO RECOVERY ASSOCIATES, LL  Acct: 0287 | 481.87 | 7.64 | 0.00 | 7.64 |
| US DEPARTMENT OF EDUCATION  Acct: 9154 | 144,800.06 | 2,294.65 | 0.00 | 2,294.65 |
| PEOPLES NATURAL GAS CO LLC*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PHELAN HALLINAN DIAMOND & JONES LL  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MARIO HANYON ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT CONTROL LLC  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ABRAHAMSEN RATCHFORD++  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 2,596.59 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 84,854.38 |

```
TOTAL CLAIMED
  PRIORITY          100.00
  SECURED        36,352.33
  UNSECURED     156,656.98
```

Date: 08/26/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　JEFFREY R. DRYDEN<br><br>　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:16-22099<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22099-GLT |
| Jeffrey R. Dryden | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 3 |
| Date Rcvd: Aug 26, 2021 | Form ID: pdf900 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey R. Dryden, 555 3rd Street, Butler, PA 16001-4524 |
| aty | + | The Debt Doctors at Quatrini Rafferty, 941 Penn Avenue, Suite 101, Pittsburgh, PA 15222-3843 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | Marine Federal Credit Union, 819 Parris Island Gateway, Beaufort, SC 29906-6933 |
| cr | + | Peoples TWP, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14253454 | + | Armstrong, 1 Armstrong Place, Butler, PA 16001-1988 |
| 14253457 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, PO Box 1623, Butler, PA 16003 |
| 14253461 | + | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14302965 | + | Freedom Mortgage Corporation, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 14253462 | + | Freedom Mortgage Corporation, 907 Pleasant Valley Ave., Suite 3, Mount Laurel, NJ 08054-1210 |
| 14253463 | + | J. Scott Watson, P.C., 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 14310629 | + | Marine Federal Credit Union, PO Box 1336, Jacksonville, NC 28541-1336 |
| 14277271 | | Marine Federal Credit Union, P.O. Box 1551, Jacksonville, NC 28541-1551 |
| 14240987 | + | Michael F. Ratchford, Esq., Abrahamsen Ratchford, PC, 409 Lackawanna Ave, Suite 3, Scranton, PA 18503-2062 |
| 14253467 | | Phelan Hallinan Diamond and Jones, LLP, Suite 1400, 1617 JFK Boulevard, Philadelphia, PA 19103-1814 |
| 14285229 | | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |
| 14250014 | | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14253471 | + | Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Aug 26 2021 23:13:33 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14253456 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2021 23:23:49 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14253455 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 26 2021 23:13:32 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14247349 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 26 2021 23:13:32 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14253458 | + | Email/Text: clientservices@credit-control.com | Aug 26 2021 23:16:00 | Credit Control, LLC, 5757 Phantom Dr., Ste. 330, Hazelwood, MO 63042-2429 |
| 14253459 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 26 2021 23:16:00 | Credit Management Co., 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 14253460 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 26 2021 23:23:56 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 14253464 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2021 23:23:44 | LVNV Funding, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14243105 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 16-22099-GLT    Doc 105    Filed 08/28/21    Entered 08/29/21 04:26:43    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: dbas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 26, 2021 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 26 2021 23:23:44 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14261194 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 26 2021 23:13:36 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14296142 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 26 2021 23:16:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14253465 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 26 2021 23:23:43 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 14314540 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2021 23:13:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14255384 | | Email/Text: bnc-quantum@quantum3group.com | Aug 26 2021 23:15:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14247027 | | Email/PDF: rmscedi@recoverycorp.com | Aug 26 2021 23:13:36 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14240988 | + | Email/Text: BKRMailOPS@weltman.com | Aug 26 2021 23:15:00 | Sterling Jewelers, 375 Ghent Road, Akron, OH 44333-4601 |
| 14253469 | | Email/PDF: gecsedi@recoverycorp.com | Aug 26 2021 23:13:36 | Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14253470 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2021 23:23:44 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| 14253466 | *+ | Michael F. Ratchford, Esq., Abrahamsen Ratchford, PC, 409 Lackawanna Ave, Suite 3, Scranton, PA 18503-2062 |
| 14253468 | *+ | Sterling Jewelers, 375 Ghent Road, Akron, OH 44333-4601 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

**Name**        **Email Address**

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 3 of 3 |
| Date Rcvd: Aug 26, 2021 | Form ID: pdf900 | Total Noticed: 36 |

Andrew L. Spivack
    on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Brian Nicholas
    on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

James A. Prostko
    on behalf of Creditor Freedom Mortgage Corporation jprostko@c-vlaw.com  jamesprostko@gmail.com

Jeremy J. Kobeski
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com  mcupec@grenenbirsic.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Matthew M. Herron
    on behalf of Attorney The Debt Doctors at Quatrini Rafferty mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Debtor Jeffrey R. Dryden mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples TWP  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 11