**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 16-22099-GLT |
| Jeffrey R. Dryden ) | Chapter 13 |
|     Debtor. ) | |
| _____ ) | Document No.: |
| Jeffrey R. Dryden, ) | |
|     Movant, ) | Response Deadline: 09/20/2021 |
| ) | Hearing Date & Time: 10/20/2021 at 9:00AM |
| v. ) | |
| ) | |
| Marine Federal Credit Union ) | |
|     Respondent. ) | |

**CERTIFICATE OF NO OBJECTION TO THE**
**DEBTOR'S MOTION TO AVOID LIEN OF MARINE FEDERAL CREDIT UNION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtor's Motion to Avoid Lien of Marine Federal Credit Union has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Debtor's Motion to Avoid Lien of Marine Federal Credit Union appears thereon. Pursuant to the Notice of Hearing, responses to the Debtor's Motion to Avoid Lien of Marine Federal Credit Union were to be filed and served no later than September 20, 2021.

It is hereby respectfully requested that the Order attached to the Debtor's Motion to Avoid Lien of Marine Federal Credit Union be entered by the Court.

Date:  September 21, 2021                         /s/ *Matthew M. Herron*
                                                                                           Matthew M. Herron, Esquire
                                                                                      PA ID No. 88927
                                                                                      The Debt Doctors, LLC
                                                                                      607 College Street, Suite 101
                                                                                      Pittsburgh, PA 15232
                                                                                      412-395-6001
                                                                                      mmh@thedebtdoctors.com
                                                                                      ATTORNEY FOR THE DEBTORS