IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 16-22099-GLT |
| Jeffrey R. Dryden, ) | Chapter 13 |
|     Debtor. ) | |
| ) | Related to Docket No. 106 |
| Jeffrey R. Dryden, ) | |
|     Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| Marine Federal Credit Union, ) | |
|     Respondent. ) | |

## ORDER

AND NOW, this  21st Day of September , 2021, it is hereby

ORDERED, ADJUDGED and DECREED, that the judicial lien held by the respondent, Marine Federal Credit Union, found in the Butler County, Pennsylvania, Court of Common Pleas, Civil Division, at docket no. 2013-20171 is hereby AVOIDED and RELEASED as to the real property located at 555 3rd Street, Butler, PA 16001.

    Upon entry of a discharge order in this bankruptcy case, this order can be filed with the appropriate authorities to indicate that any judgment lien has been divested.

The Relief provided in this Order
is subject to 11. U.S.C. §348(f)
and §349 (b) in the event the main
bankruptcy case is dismissed or
converted to a Chapter 7 proceeding

BY THE COURT:

_____ J.
U.S. Bankruptcy Judge    drb

ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jeffrey R. Dryden  
    Debtor

Case No. 16-22099-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas     Page 1 of 2  
Date Rcvd: Sep 21, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey R. Dryden, 555 3rd Street, Butler, PA 16001-4524 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 23, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor Freedom Mortgage Corporation jprostko@c-vlaw.com  jamesprostko@gmail.com |
| Jeremy J. Kobeski | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com  mcupec@grenenbirsic.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors at Quatrini Rafferty mmh@thedebtdoctors.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 2 of 2 |
| Date Rcvd: Sep 21, 2021 | Form ID: pdf900 | Total Noticed: 1 |

                    hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
          on behalf of Debtor Jeffrey R. Dryden mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
          on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
          cmecf@chapter13trusteewdpa.com

S. James Wallace
          on behalf of Creditor Peoples TWP  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 11