**FILED**
10/12/21 12:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JEFFREY R. DRYDEN

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:16-22099

Chapter 13

Related to Docket No. 98

### ORDER OF COURT

AND NOW, this 12th Day of October, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22099-GLT |
| Jeffrey R. Dryden | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 3 |
| Date Rcvd: Oct 12, 2021 | Form ID: pdf900 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey R. Dryden, 555 3rd Street, Butler, PA 16001-4524 |
| aty | + | The Debt Doctors at Quatrini Rafferty, 941 Penn Avenue, Suite 101, Pittsburgh, PA 15222-3843 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | Marine Federal Credit Union, 819 Parris Island Gateway, Beaufort, SC 29906-6933 |
| cr | + | Peoples TWP, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14253454 | + | Armstrong, 1 Armstrong Place, Butler, PA 16001-1988 |
| 14253457 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, PO Box 1623, Butler, PA 16003 |
| 14253461 | + | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14302965 | + | Freedom Mortgage Corporation, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 14253462 | + | Freedom Mortgage Corporation, 907 Pleasant Valley Ave., Suite 3, Mount Laurel, NJ 08054-1210 |
| 14253463 | + | J. Scott Watson, P.C., 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 14310629 | + | Marine Federal Credit Union, PO Box 1336, Jacksonville, NC 28541-1336 |
| 14277271 | | Marine Federal Credit Union, P.O. Box 1551, Jacksonville, NC 28541-1551 |
| 14240987 | + | Michael F. Ratchford, Esq., Abrahamsen Ratchford, PC, 409 Lackawanna Ave, Suite 3, Scranton, PA 18503-2062 |
| 14253467 | | Phelan Hallinan Diamond and Jones, LLP, Suite 1400, 1617 JFK Boulevard, Philadelphia, PA 19103-1814 |
| 14285229 | | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |
| 14250014 | | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14253471 | + | Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Oct 13 2021 03:14:28 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14253456 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2021 10:36:17 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14253455 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 13 2021 03:14:23 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14247349 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 13 2021 03:14:27 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14253458 | + | Email/Text: clientservices@credit-control.com | Oct 13 2021 03:06:00 | Credit Control, LLC, 5757 Phantom Dr., Ste. 330, Hazelwood, MO 63042-2429 |
| 14253459 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 13 2021 03:06:00 | Credit Management Co., 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 14253460 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 13 2021 03:24:37 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 14253464 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2021 12:02:17 | LVNV Funding, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14243105 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 13 2021 03:14:29 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14261194 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 13 2021 12:02:54 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14296142 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2021 03:06:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14253465 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 13 2021 03:14:27 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 14314540 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2021 03:14:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14255384 | | Email/Text: bnc-quantum@quantum3group.com | Oct 13 2021 03:05:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14247027 | | Email/PDF: rmscedi@recoverycorp.com | Oct 13 2021 12:02:38 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14240988 | + | Email/Text: BKRMailOPS@weltman.com | Oct 13 2021 03:05:00 | Sterling Jewelers, 375 Ghent Road, Akron, OH 44333-4601 |
| 14253469 | | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 03:24:38 | Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14253470 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2021 03:14:24 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| 14253466 | *+ | Michael F. Ratchford, Esq., Abrahamsen Ratchford, PC, 409 Lackawanna Ave, Suite 3, Scranton, PA 18503-2062 |
| 14253468 | *+ | Sterling Jewelers, 375 Ghent Road, Akron, OH 44333-4601 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2021           Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:**

**Name**                          **Email Address**

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 3 of 3 |
| Date Rcvd: Oct 12, 2021 | Form ID: pdf900 | Total Noticed: 36 |

Andrew L. Spivack
    on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Brian Nicholas
    on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

James A. Prostko
    on behalf of Creditor Freedom Mortgage Corporation jprostko@c-vlaw.com  jamesprostko@gmail.com

Jeremy J. Kobeski
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com  mcupec@grenenbirsic.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Matthew M. Herron
    on behalf of Attorney The Debt Doctors at Quatrini Rafferty mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Debtor Jeffrey R. Dryden mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples TWP  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 11